# Chimicles & Tikellis LLP
### ATTORNEYS AT LAW

222 Delaware Avenue, Suite 1100
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly M. Donaldson
Joseph G. Sauder
Matthew D. Schelkopf
Kimberly Litman Kimmel
Timothy N. Mathews
A. Zachary Naylor *
Benjamin F. Johns
Alison R. Gabe
Scott M. Tucker *
Meghan A. Adams *
Tiffany J. Cramer *
Kimberly A. Sanders

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin
David M. Maser

*Attorneys admitted to
practice in Delaware

June 22, 2010

**BY E-FILE AND HAND DELIVERY**
Clerk, United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 18
Wilmington, DE 19801

Re:   *Herbert Resnik v. Patricia A. Woertz, et al.*, C.A. No. 10-527

To the Clerk of the United States District Court:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, service upon the individual defendants listed below was effected on June 18, 2010 by serving the registered agent of Defendant Archer-Daniels-Midland Company: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

Please effectuate service upon the individual Defendants Patricia A. Woertz, Steven R. Mills, David J. Smith, John D. Rice, Edward A. Harjehausen, Lewis W. Batchelder, George W. Buckley, Mollie Hale Carter, Donald E. Felsinger, Victoria F. Haynes, Antonio Maciel Neto, Patrick J. Moore, Thomas F. O'Neill, and Kelvin R. Westbrook to 10 Del. C. §3114 at the principal executive office of Archer-Daniels-Midland Company located at:

4666 Faries Parkway, Box 1470
Decatur, Illinois 62526

The mailings to the individual defendants should be by registered mail. I have enclosed the necessary number of copies of the Complaint for service.

HAVERFORD OFFICE
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633

Clerk, United States District Court
June 22, 2010
Page-2-

      Should you have any questions, or require further information, please do not hesitate to contact me. Thank you in advance for your assistance in this matter.

Sincerely,

*Tiffany J. Cramer (#4998)*
Tiffany J. Cramer (#4998)

Enclosures