IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HERBERT RESNIK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No: 10-527-GMS |
| | ) | |
| PATRICIA A. WOERTZ, STEVEN R. MILLS, DAVID J. SMITH, JOHN D. RICE, EDWARD A. HARJEHAUSEN, LEWIS W. BATCHELDER, GEORGE W. BUCKLEY, MOLLIE HALE CARTER, DONALD E. FELSINGER, VICTORIA F. HAYNES, ANTONIO MACIEL NETO, PATRICK J. MOORE, THOMAS F. O'NEILL, KELVIN R. WESTBROOK and ARCHER-DANIELS-MIDLAND COMPANY, | ) | |
| Defendants, | ) | |
| and | ) | |
| ARCHER-DANIELS-MIDLAND COMPANY, | ) | |
| Nominal Defendant. | ) | |

## STIPULATION AND ORDER

WHEREAS, Defendants having a need for additional time to investigate the allegations raised in the Complaint and to prepare responses;

WHEREAS, Plaintiff having no objection to the extension of time set forth herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendants Patricia A. Woertz, Steven R. Mills, David J. Smith, John D. Rice, Edward A. Harjehausen, Lewis W. Batchelder, George W. Buckley, Mollie Hale Carter, Donald E. Felsinger, Victoria F. Haynes, Antonio Maciel Neto, Patrick J. Moore, Thomas F. O'Neill,

RLF1 3588077v. 1

Kelvin R. Westbrook and Archer-Daniels-Midland Company shall move, answer or otherwise respond to the complaint is extended to and including August 9, 2010.

| /s/ Tiffany J. Cramer | /s/ Steven J. Fineman |
|---|---|
| Pamela S. Tikellis (#2172) | Gregory P. Williams (#2168) |
| Robert J. Kriner, Jr. (#2546) | Steven J. Fineman (#4025) |
| Tiffany J. Cramer (#4998) | Richards, Layton & Finger, P.A. |
| Chimicles & Tikellis LLP | One Rodney Square |
| 222 Delaware Avenue | 920 North King Street |
| P.O. Box 1035 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 651-7700 |
| (302) 656-2500 | williams@rlf.com |
| pst@chimicles.com | fineman@rlf.com |
| rjk@chimicles.com | Attorneys for Defendants Patricia A. Woertz, Steven R. Mills, David J. Smith, John D. Rice, Edward A. Harjehausen, Lewis W. Batchelder, George W. Buckley, Mollie Hale Carter, Donald E. Felsinger, Victoria F. Haynes, Antonio Maciel Neto, Patrick J. Moore, Thomas F. O'Neill, Kelvin R. Westbrook and Archer-Daniels-Midland Company |
| tjc@chimicles.com | |
| Attorneys for Plaintiff Herbert Resnik | |

Of Counsel:
Alexander Arnold Gershon
Gloria Kui Melwani
Barrack, Rodos & Bacine
1350 Broadway, Suite 1001
New York, New York 10018
(212) 688-0782

Daniel E. Bacine
Mark R. Rosen
Barrack, Rodos & Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 963-0600

SO ORDERED THIS _____ day of _____, 2010.

_____
Chief United States District Judge